### 4911.   *In re* HARTSFIELD.

HILL, C. J.   Under the facts in this record, the imposing of a fine upon the plaintiff in error by the trial judge, with an alternative of ten days' imprisonment, for alleged contempt of court, was an abuse of discretion; yet, the fine having been paid to avoid the alternative sentence of imprisonment, the writ of error as to this judgment can not be entertained. The case is controlled by the case of *White* v. *Tifton,* 1 *Ga. App.* 569 (57 S. E. 1038), and citations.             *Writ of error dismissed.*

DECIDED SEPTEMBER 17, 1913.

Complaint; from city court of Bainbridge—Judge Spooner.
April 5, 1913.

*Erle M. Donalson, T. S. Hawes,* for plaintiff.
*M. E. O'Neal, solicitor,* contra.